IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | §    Civil Action No. 3:16-CV-1547-M-BH |
| | § |
| DONALD WATKINS, | § |
| | § |
| **Defendant.** | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, by separate judgment, this action will be **REMANDED** *sua sponte* to Criminal District Court Number 3 of Dallas County, Texas.

SIGNED this _18_ day of July, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE